```
 1  EILEEN M. DECKER
    United States Attorney
 2  DOROTHY A. SCHOUTEN
 3  Assistant United States Attorney
    Chief, Civil Division
 4  FRANCESCO P. BENAVIDES, CSBN 258924
 5  Special Assistant United States Attorney
         Social Security Administration
 6       160 Spear Street, Suite 800
 7       San Francisco, CA  94105
         Telephone: 415-977-8978
 8       Facsimile: 415-744-0134
 9       Email: Francesco.Benavides@ssa.gov
10  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW ALAN FENNELL, | ) Case No.: SACV 15-1458-E |
| Plaintiff, | ) [~~PROPOSED~~] |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Acting

Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 5/10/16

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE